UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD J. HOLLIS,

       Petitioner,

                                                                   Case Number: 2:06-CV-14860

v.                                                       HONORABLE PATRICK J. DUGGAN

MICHIGAN PAROLE BOARD,

       Respondent.
_____/

## JUDGMENT

On October 26, 2006, Petitioner filed this *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. In his pleadings, Petitioner challenges the Michigan Parole Board's denial of his release on parole, resulting in his continued confinement. On this date, the Court entered an opinion and order summarily dismissing the petition.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED,** that the Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

DATE: December 5, 2006         s/PATRICK J. DUGGAN
                                              UNITED STATES DISTRICT JUDGE

Copy to:
Ronald J. Hollis, #223242
Standish Maximum Correctional Facility
4713 West M-61
Standish, MI 48658

1